

U.S. Department of Justice

United States Attorney
Eastern District of New York

DMP:KTF/MTK
F. #2016R00614

271 Cadman Plaza East
Brooklyn, New York 11201

August 8, 2017

By Hand and ECF

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

   Re: United States v. Byron Oliver
     Criminal Docket No. 17-125 (LDH)

Dear Judge DeArcy Hall:

  On July 26, 2017, defendant Byron Oliver's counsel filed a Motion for a Bill of Particulars requesting that the government "specify each and every substance, by its chemical name and its popular name (if any), referred to in Count One of the Indictment that is 'a substance containing a detectable amount of anabolic steroids, a Schedule III controlled substance . . . ." The government writes with defense counsel's consent to inform the Court that the parties have agreed that the government will provide defense counsel with a list responsive to the defendant's request by September 5, 2017. The government reserves the right to amend or supplement the list as necessary.

          Respectfully submitted,

          BRIDGET M. ROHDE
          Acting United States Attorney

      By:    /s/
         Kaitlin T. Farrell
         Michael T. Keilty
         Assistant U.S. Attorneys
         (718) 254-7528/6072

cc: Chambers of the Honorable LaShann DeArcy Hall (by hand)
   Douglas Morris, Esq. (counsel to Oliver) (by email)